■ In the Matter of JOSE SERRANO, Respondent, et al., Petitioner, v VINCENT J. CUTTITA et al., Appellants.—Judgment, Supreme Court, Bronx County (Lewis Friedman, J.), entered on March 15, 1990, unanimously affirmed, without costs and without disbursements, for the reasons stated by Friedman, J. Concur—Murphy, P. J., Rosenberger, Kassal and Smith, JJ.

■ In the Matter of ISMAEL BETANCOURT, JR., Appellant, v GERTRUDE STROHM et al., Respondents.—Judgment, Supreme Court, Bronx County (Lewis Friedman, J.), entered on March 15, 1990, unanimously affirmed, without costs and without disbursements, for the reasons stated by Friedman, J. Concur —Murphy, P. J., Rosenberger, Kassal and Smith, JJ.